ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Military Aircraft Parts ) | ASBCA No. 59632 |
| ) | |
| Under Contract No. SPM4A7-10-M-8108 ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Robert E. Marin
                                  President

APPEARANCES FOR THE GOVERNMENT:   Daniel K. Poling, Esq.
                                    DLA Chief Trial Attorney
                                  Edward R. Murray, Esq.
                                  Jason D. Morgan, Esq.
                                    Trial Attorneys
                                    DLA Aviation
                                    Richmond, VA

ORDER OF DISMISSAL

The dispute which is the subject of the appeal having been settled, the appeal is hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 25 November 2014

LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59632, Appeal of Military Aircraft Parts, rendered in conformance with the Board's Charter.

Dated:     NOV 2 5 2014

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals